# IN THE SUPREME COURT OF THE STATE OF NEVADA

SAMUEL GOMEZ,
              Appellant,

vs.

THE STATE OF NEVADA,
              Respondent.

No. 80026

**FILED**

DEC 09 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an amended judgment of conviction. Eighth Judicial District Court, Clark County; Mary Kay Holthus, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the amended judgment of conviction resulted in a reduction of the sentence in count 3.[1] Thus, it appears that appellant is not aggrieved by the order. *See* NRS 177.015 (only an aggrieved party may appeal). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

---

[1]Appellant appealed the judgment of conviction in Docket No. 71611, and the judgment of conviction was affirmed on July 3, 2018. Appellant's motion to modify or correct an illegal sentence was granted by the district court, and an amended judgment of conviction was entered on October 29, 2019.

SUPREME COURT
OF
NEVADA

(O) 1947A

19-49785

cc: Hon. Mary Kay Holthus, District Judge
Samuel Gomez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk